**Order entered May 1, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-20-00318-CV

### B.G.C., Appellant

### V.

### M.Y.R., Appellee

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-05292-2018**

## ORDER

Before the Court is appellee's April 30, 2020 unopposed motion for an extension of time to file her brief on the merits. We **GRANT** the motion and extend the time to **May 20, 2020**.

/s/    BILL WHITEHILL
       JUSTICE